**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PACIFIC CENTURY INT'L LTD, | CASE NO. 1:13-cv-00946 |
| Plaintiff, | Judge: Hon. Harry D. Leinenweber |
| v. | Magistrate Judge: Hon. Sheila M. Finnegan |
| SHANE STRINK and PETER ROETERS, | |
| Defendants. | |

**NOTICE OF CHANGE IN ATTORNEY CONTACT INFORMATION**

PLEASE TAKE NOTICE that the email address for Plaintiff's attorney Paul Duffy is now paduffy@wefightpiracy.com. The correction is reflected at the beginning of this pleading and in the signature block below.

                                        Respectfully submitted,

                                        Pacific Century Int'l LTD,

DATED: February 6, 2013

                                        By:    /s/ Paul Duffy
                                                    Paul Duffy (Bar No. 6210496)
                                                    Anti-Piracy Law Group
                                                    161 N. Clark St., Suite 3200
                                                    Chicago, IL 60601
                                                    Phone: (800) 380-0840
                                                    E-mail: paduffy@wefightpiracy.com
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on February 6, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Paul Duffy
Paul Duffy