

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

THOMAS G. BRUTON,
Clerk

Office of the Clerk

February 7, 2013

Paul A. Duffy
Prenda Law
161 North Clark Street
Suite 3200
Chicago, IL 60601

Re: Pacific Century Int'l LTD v. Strink et al
USDC No. 13-cv-00946

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Thomas G. Bruton Clerk

By: Vettina Franklin
Deputy Clerk