### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PACIFIC CENTURY INT'L., LTD )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STRINK, ET AL. )<br>)<br>)<br>Defendants. )<br>)<br>_____ ) | No. 1:13-cv-00946<br><br>Judge: Hon. Harry D. Leinenweber |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

PACIFIC CENTURY INT'L., LTD.

**DATED:** June 5, 2013

By: /s/ Paul Duffy_____
Paul Duffy (Bar No. 6210496)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
E-mail:pduffy@pduffygroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 5, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                              /s/ Paul Duffy
                              Paul Duffy